**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN FIELDS,<br><br>        Plaintiff,<br><br>    v.<br><br>R. ROSENTHAL, et al.,<br><br>        Defendants. | 1:10-cv-01764 GSA PC<br><br>ORDER DISMISSING DEFENDANTS MOSER, VAN KLAVERN, JONES AND LOPEZ |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

Plaintiff filed this civil rights action, naming as Defendants R. Rosenthal, B. Moser, Van Klavern, Jennifer Jones and Raul Lopez. On May 1, 2012, Plaintiff filed a Notice of Voluntary Dismissal, indicating his desire to dismiss Defendants Moser, Van Klavern, Jones and Lopez. Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff may dismiss a defendant on his own notice, so long as the defendant has not responded. No defendant has been served, and no defendant has entered an appearance.

Accordingly, IT IS HEREBY ORDERED that Defendants Moser, Van Klavern, Jones and Lopez are dismissed from this action on Plaintiff's motion.

1 | IT IS SO ORDERED.

2 | Dated:   May 21, 2012                             /s/ Gary S. Austin
                                               UNITED STATES MAGISTRATE JUDGE