UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, | 1:10-cv-01764-GSA-PC |
| Plaintiff, | ORDER GRANTING DEFENDANT ROSENTHAL'S REQUEST (Doc. 37.) |
| vs. | |
| RICHARD ROSENTHAL, | ORDER APPROVING SUBSTITUTION OF ATTORNEYS FOR DEFENDANT ROSENTHAL |
| Defendant. | |

Kevin E. Fields ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action by civil complaint at the Kings County Superior Court on August 11, 2010 (Case #10-C0309).  On September 23, 2010, defendant Richard Rosenthal ("Defendant") removed the case to federal court by filing a Notice of  Removal of Action pursuant to 28 U.S.C. § 1441(b).  (Doc. 1.) This case now proceeds on the Second Amended Complaint filed by Plaintiff on August 22, 2012, against Defendant Rosenthal for retaliation, in violation of the First Amendment.  (Doc. 17.)

On September 25, 2013, Defendant filed a request for approval of a stipulation for substitution of attorneys for Defendant, containing the signatures of Defendant and the incoming attorney of record.  (Doc. 37.)  After consideration of the stipulation, the court hereby approves and orders the substitution of attorneys as set forth.

///

Accordingly, IT IS HEREBY ORDERED that:

1.    Defendant Rosenthal's request, is GRANTED; and

2.    The stipulation for substitution of attorneys, filed on September 25, 2013, is approved as set forth.

IT IS SO ORDERED.

Dated:   **September 26, 2013**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE