UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>        Plaintiff,<br><br>   vs.<br><br>RICHARD ROSENTHAL,<br><br>        Defendant. | 1:10-cv-01764-GSA-PC<br><br>ORDER DENYING MOTION AS MOOT<br>(Doc. 52.) |

   Kevin E. Fields ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2013, Plaintiff filed a motion to modify the scheduling order. (Doc. 47.) On January 6, 2014, Plaintiff filed a motion to withdraw the motion to modify the scheduling order. (Doc. 52.) In light of the fact that the court denied Plaintiff's motion to modify the scheduling order on January 2, 2014, Plaintiff's motion to withdraw is moot and shall be denied as such.

   Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to withdraw his motion to modify the scheduling order is DENIED as moot.

IT IS SO ORDERED.

   Dated:   **January 8, 2014**                    **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE