1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**EASTERN DISTRICT OF CALIFORNIA**

7

8   **KEVIN E. FIELDS,**

9                    **Plaintiff**

10              **v.**

11   **RICHARD ROSENTHAL,**

12                    **Defendant**

13

**CASE NO. 1:10-CV-1764 AWI GSA**

**ORDER ALTERING TIME FOR
DEFENDANT TO RESPOND TO
PLAINTIFF'S REQUESTED RULE 41
DISMISSAL**

14       Currently pending before the Court is Defendant's motion for summary judgment.

15   However, on September 10, 2014, Plaintiff filed a Rule 41(a) request to voluntarily dismiss this

16   case. See Doc. No. 75.  On September 15, 2014, Defendant was ordered to file a response to

17   Plaintiff's request. See Doc. No. 76.  Plaintiff's motion is one page, and Defendant has had notice

18   of Plaintiff's request for 12 days.  Upon further consideration, the Court will accelerate the time

19   for Defendant to file a response.

20       Accordingly, IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's

21   requested Rule 41(a) dismissal on or by Thursday, September 25, 2014.

22

23   IT IS SO ORDERED.

24   Dated:   September 22, 2014            _____

                                            SENIOR  DISTRICT  JUDGE

25
26
27
28